474 A.2d 651

Commonwealth v. Edwards, Appellant.

Submitted January 20, 1984.   Joseph C. Michetti, for appellant;  Thomas E. Boop, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.

474 A.2d 651

Commonwealth, Appellant, v. Estep.

Argued January 11, 1984.   Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellant;  Larry Estep, appellee, in propria persona.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.

WICKERSHAM, J., filed a dissenting memorandum.